**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6475**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GEORGE WILFONG WITHERSPOON, a/k/a Spookie,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Graham C. Mullen, District Judge.  (CR-91-35, CA-94-118-5-MU)

———————————

Submitted:  July 22, 1998            Decided:  August 12, 1998

———————————

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

George Wilfong Witherspoon, Appellant Pro Se.  Harry Thomas Church, Assistant United States Attorney, Kenneth Davis Bell, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Witherspoon</u>, Nos. CR-91-35; CA-94-118-5-MU (W.D.N.C. Mar. 10, 1998). <u>See</u> <u>Lindh v. Murphy</u>, 521 U.S. ___, 65 U.S.L.W. 4557 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2